No. 98–10000. DAWSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–10001. EATON v. WEBER, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 98–10003. FERRUSCA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–10004. GRIER, AKA AVERY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–10005. HASSAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–10006. WHITE v. PARKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–10007. GRAHAM v. LEWIS ET AL. Sup. Ct. Va. Certiorari denied.

No. 98–10008. CRENSHAW v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–10009. CARTER v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–10010. BUTLER v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 98–10011. CAVINESS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–10012. BATTERMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–10013. WRIGHT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–10014. MCCARTY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–10015. HAYNIE v. FURLONG ET AL. C. A. 10th Cir. Certiorari denied.